396 A.2d 814

A. J. Demor & Sons, Inc. v. Harrison Square, Inc. (et al., Appellant).

Argued October 25, 1978. David Abrams, for appellant; Edward C. Leckey, for appellee, Demor & Sons.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.